IDA PLATOU BRYDE, by CARL PLATOU, Her Guardian ad Litem, Respondent, v. FRIDTJOF BRYDE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LOUIS PHILLIPS, Respondent, v. MAURICE LESSER, Defendant, and HARRY STENGE, Appellant, Individually and as Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BASS & BASS, INC., Respondent, v. ALBERT NEUMARK and Another, Appellants.— Order modified by requiring as a condition for opening the default that defendants pay a trial fee and the necessary disbursements of the inquest and ten dollars costs of motion, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE BRONX GAS AND ELECTRIC COMPANY, Appellant, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, FIRST DISTRICT, and Others, as Commissioners, etc., Respondents, Impleaded with Others — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BAYARD PRODUCTS COMPANY, INC., Respondent, v. PAUL GROSS, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BAYARD PRODUCTS COMPANY, INC., Respondent, v. DAVID K. HILL, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JAMES W. DAVIS, Respondent, v. MARK C. TREDENNICK COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ALBERT F. LESHER, Appellant, v. MANUFACTURING JEWELERS' EXPORT COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

RICHARD M. LEDERER, Respondent, v. JOHN THOMSON PRESS COMPANY, Appellant.— Order modified by striking therefrom as follows: " so as to direct the examination of defendant upon the issues raised by the denials in the answer and," and as so modified affirmed, without costs; the effect being to reinstate the order of January 17, 1919, except in so far as it required the production of books and papers. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.